*Gov't. filed in open court on 8/29/07*

*(RPG)*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 07-*169M* |
| JOHN GRAMLICH, | ) | |
| Defendant. | ) | |

## MOTION FOR DETENTION HEARING

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves **(check all that apply)**:

    [X] Crime of violence (18 U.S.C. § 3156)

    [ ] Maximum sentence life imprisonment or death

    [ ] 10+ year drug offense

    [ ] Felony, with two prior convictions in above categories

    [X] Minor victim

    [ ] Possession/ use of firearm, destructive device or other dangerous weapon

    [ ] Failure to register under 18 U.S.C. § 2250

    [X] Serious risk defendant will flee

    [ ] Serious risk obstruction of justice

FILED AUG 20 2007

2.  **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

> X   Defendant's appearance as required
>
> X   Safety of any other person and the community

3.  **Rebuttable Presumption**. The United States will/will not invoke the rebuttable presumption against defendant under § 3142(e). (If yes) The presumption applies because (**check one or both**):

> X   Probable cause to believe defendant committed ~~10-year drug offense or firearms offense, 18 U.S.C. § 924(c), or a federal crime of terrorism,~~ or a specified offense ( 18 USC 2252A(a)(1) and (2) ) with minor victim
>
> ___   Previous conviction for "eligible" offense committed while on pretrial bond

4.  **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

> ___   At first appearance
>
> X   After continuance of __3__ days (not more than 3).

5.  **Temporary Detention**. The United States request the temporary detention of the defendant for a period of _____ days (not more than 10) so that the appropriate officials can be notified since (**check 1 or 2, and 3**):

> ___   1. At the time the offense was committed the defendant was:
>
>> ___   (a) on release pending trial for a felony;
>>
>> ___   (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;
>>
>> ___   (c) on probation or parole for an offense.
>
> ___   2. The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.
>
> ___   3. The defendant may flee or pose a danger to any other person or the community.

6. **Other Matters**.

_____

_____

DATED this 29th day of August, 2007.

                              Respectfully submitted,

                              COLM F. CONNOLLY
                              United States Attorney

                              By: _____
                              Edmond Falgowski
                              Assistant United States Attorney